Decided January 7, 2004

## SHERI PAIGE *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 905 (AC 23721), is denied.

*Geoffrey S. Brandner,* in support of the petition.

*Christopher L. Slack,* assistant bar counsel, in opposition.

Decided January 7, 2004

## STATE OF CONNECTICUT *v.* TRAVIS L. WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 76 Conn. App. 91 (AC 21830), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Joseph A. Moniz,* in support of the petition.

*Eileen F. McCarthy,* senior assistant state's attorney, in opposition.

Decided January 13, 2004